IN RE: ENROLLMENT OF REGISTERED COURTROOM INTERPRETERS AND CERTIFIED SIGN LANGUAGE INTERPRETERS



 

 
 
 
 
 
 Skip to Main Content
 Accessibility Statement
 
 
 
 
 
 Help
 Contact Us
 
 
 
 
 e-payments
 Careers
 
 
 
 
 
 
 
 
 
 
 
 Home
 Courts
 Decisions
 Programs
 News
 Legal Research
 Court Records
 Quick Links
 
 
 
 
 
 OSCN Found Document:IN RE: ENROLLMENT OF REGISTERED COURTROOM INTERPRETERS AND CERTIFIED SIGN LANGUAGE INTERPRETERS

 

 
 



 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 IN RE: ENROLLMENT OF REGISTERED COURTROOM INTERPRETERS AND CERTIFIED SIGN LANGUAGE INTERPRETERS
2021 OK 64
Decided: 12/06/2021
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2021 OK 64, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION.

 

 

IN RE: ENROLLMENT OF REGISTERED COURTROOM INTERPRETERS AND CERTIFIED SIGN LANGUAGE INTERPRETERS

ORDER

The State Board of Examiners of Certified Courtroom Interpreters ("the Board") reports that the following named persons have applied to be enrolled as a Registered Courtroom Interpreter and have satisfied the requirements for enrollment set forth in Rule 5 of the Rules of the State Board of Examiners of Certified Courtroom Interpreters, Title 20, Chapter 23, App. II. The Board recommends that the named persons be enrolled as a Registered Courtroom Interpreter in the State of Oklahoma in the designated language(s):

 
 
 
 Jacqueline Chavez
 
 
 Spanish
 
 
 
 
 Josue Chavez
 
 
 Spanish
 
 
 
 
 Angelica Herrera
 
 
 Spanish
 
 
 
 
 Jingwen Liu
 
 
 Mandarin
 
 
 
 
 Manuel Munoz-Maldonado
 
 
 Spanish
 
 
 
 
 Cynthia Trejo
 
 
 Spanish
 
 
 

The Board also reports that the following named persons have applied to be enrolled as a Certified Sign Language Interpreter and have satisfied the requirements for enrollment set forth in Rule 12 of the Rules of the State Board of Examiners of Certified Courtroom Interpreters, Title 20, Chapter 23, App. II. The Board recommends that the named persons be enrolled as a Certified Sign Language Interpreter in the State of Oklahoma:

 
 
 
 Kimberly Duncan
 
 
 Sign Language
 
 
 
 
 Nicole Wilberding
 
 
 Sign Language
 
 
 
 
 Daniel Woodall
 
 
 Sign Language
 
 
 
 
 Rebecca Woodall
 
 
 Sign Language
 
 
 

Having satisfied the requirements set forth in Rule 5 and Rule 12 respectively, of the Rules of the State Board of Examiners of Certified Courtroom Interpreters, Title 20, Chapter 23, App. II, and having been recommended by the Board, the above named interpreters are hereby granted enrollment as Registered Courtroom Interpreters and Certified Sign Language Interpreters.

DONE BY ORDER OF THE SUPREME COURT this 6th day of December, 2021.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.

 





 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 








 
 
 
 

 
 




 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA